IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK

PATRICK BARBER

and

MIRIAM BARBER,   CIVIL ACTION NO. 11-CV-0662A(Sr)

    Plaintiffs,

vs.

GC SERVICES, LP,

    Defendant.

### NOTICE OF DISMISSAL

AND NOW, this 23rd day of November, 2011, it is hereby stipulated and agreed by and between the above parties that the above captioned matter be dismissed with prejudice.

LAW OFFICES OF JENNIFER A. HURLEY, ESQ.

By: _____
Jennifer A. Hurley, Esq.
Attorney for Plaintiff

By: _____
Concepcion A. Montoya
Hinshaw & Culbertson, LLP
Attorney for Defendant